**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MAJID GHAZI | NO. 09-41839 |
| | JUDGE: GOLDGAR |
| DEBTOR | |

**<u>NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION</u>**

As you know, our firm represents GMAC Mortgage LLC in your Chapter 13 case number 09-41839.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 04/011/2011, the post-petition sums due and collectable are as follows:

04/01/2011 – 04/01/2011 monthly payment   = $                              2,484.27
at $2,484.27 each

TOTAL                                       = $                              2,484.27

Respectfully submitted,

 /s/ Josephine J. Miceli
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-020545

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**